**In re: Kenneth Adolphus HINTON, Petitioner.**

No. 05–3019.

United States Court of Appeals, District of Columbia Circuit.

March 10, 2005.

Kenneth Adolphus Hinton, Bowie, MD, pro se.

Before SENTELLE, GARLAND, and ROBERTS, Circuit Judges.

## *ORDER*

PER CURIAM.

Upon consideration of the motion for leave to proceed in forma pauperis; the motion for waiver of fees; and the motion for leave to file a successive motion pursuant to 28 U.S.C. § 2255 and the opposition thereto, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the motion for waiver of fees be dismissed as moot. It is

**FURTHER ORDERED** that the motion for leave to file a successive § 2255 motion be denied. The Supreme Court has not made either *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), or *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), retroactively applicable to cases on collateral review. *See, e.g., Green v. United States,* 397 F.3d 101, 2005 WL 237204, *1 (2d Cir. Feb.2, 2005) (denying motion for leave to file successive § 2255 motion because the Supreme Court has not made either *Blakely* or *Booker* retroactive to cases on collateral review); *United States v. Anderson,* 396 F.3d 1336 (11th Cir.2005) (same).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.